IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**,<br><br>v.<br><br>ANTONIO JUAN FARIAS ARBELO<br><br><br>**Defendant(s).** | Case No. 3:22-cr-0451-01 (FAB) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Report and Recommendation filed on April 10, 2023, ECF No. 30 on defendant's Rule 11 proceeding held before Magistrate Giselle López-Soler on March 30, 2023, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the Information. Accordingly, the guilty plea of defendant as to count 1 of the Information is accepted.

**Sentencing hearing remains set for July 10, 2023 at 9:00 a.m. in Old San Juan Courtroom 6, First Floor.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 2nd day of June 2023.

s/*Francisco A. Besosa*
FRANCISCO A. BESOSA
Senior United States District Judge